# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Allen Alderfer            CHAPTER 13
        Jennifer Ann Alderfer

             Debtor(s)             BKY. NO. 19-14598 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                     Respectfully submitted,

                                     /s/ *Michael Farrington*
                                     Michael Farrington
                                     05 Jun 2023, 08:56:38, EDT

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322