Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-14598-PMM**

DAVID ALLEN ALDERFER  
JENNIFER ANN ALDERFER  
1641 KAYWIN AVENUE  
BETHLEHEM  PA  18018

Petition Filed Date: 07/22/2019  
341 Hearing Date: 08/27/2019  
Confirmation Date: 10/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $286.22 | | 09/23/2022 | $286.22 | | 10/31/2022 | $286.22 | |
| 11/28/2022 | $286.22 | | 12/27/2022 | $286.22 | | 01/27/2023 | $286.22 | |
| 02/27/2023 | $286.22 | | 03/24/2023 | $286.22 | | 04/28/2023 | $286.22 | |
| 05/26/2023 | $286.22 | | 06/26/2023 | $286.22 | | 07/28/2023 | $286.22 | |

**Total Receipts for the Period: $3,434.64   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,374.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MARC KRANSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Unsecured Creditors | $21,877.03 | $0.00 | $21,877.03 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,024.88 | $0.00 | $1,024.88 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $1,501.00 | $0.00 | $1,501.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $701.72 | $0.00 | $701.72 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $396.54 | $0.00 | $396.54 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $288.88 | $0.00 | $288.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $90.52 | $0.00 | $90.52 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $1,249.97 | $0.00 | $1,249.97 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $391.05 | $0.00 | $391.05 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $128.75 | $0.00 | $128.75 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $1,501.99 | $0.00 | $1,501.99 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $2,773.84 | $0.00 | $2,773.84 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $797.13 | $0.00 | $797.13 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $295.00 | $0.00 | $295.00 |

**Chapter 13 Case No. 19-14598-PMM**

| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  015 | Unsecured Creditors | $631.00 | $0.00 | $631.00 |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  016 | Unsecured Creditors | $413.62 | $0.00 | $413.62 |
| 17 | NATIONSTAR MORTGAGE LLC<br>»»  017 | Mortgage Arrears | $13,628.40 | $10,477.03 | $3,151.37 |
| 18 | ALLY FINANCIAL<br>»»  018 | Unsecured Creditors | $9,332.47 | $0.00 | $9,332.47 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,374.72 | Current Monthly Payment: | $286.22 |
| Paid to Claims: | $11,977.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,137.23 | Total Plan Base: | $16,809.36 |
| Funds on Hand: | $260.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.