United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 19-14598-pmm

David Allen Alderfer                                                            Chapter 13

Jennifer Ann Alderfer

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Allen Alderfer, Jennifer Ann Alderfer, 1641 Kaywin Avenue, Bethlehem, PA 18018-1736 |
| 14361182 | | Assetcare LLC, Lee Morriss 2222 Texoma Pkwy, Suite 180, Sherman, TX 75090 |
| 14361185 | + | First Credit Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |
| 14361187 | | NationStar Mortgage LLC, 8950 Cypress Waters Blvd, Irving, TX 75063 |
| 14363934 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14788036 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 20 2024 23:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 20 2024 23:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14395779 | | Email/Text: ally@ebn.phinsolutions.com | Aug 20 2024 23:17:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14361181 | | Email/Text: ally@ebn.phinsolutions.com | Aug 20 2024 23:17:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14361183 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 20 2024 23:18:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14361184 | | Email/Text: bankruptcy@diamondcu.com | Aug 20 2024 23:17:00 | Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464 |
| 14363312 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:26:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14361186 | + | Email/Text: bnc-capio@quantum3group.com | Aug 20 2024 23:17:00 | Law Offices of Mitchell Bluhm, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |
| 14695656 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2024 23:17:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14695655 | + | Email/Text: EBN@brockandscott.com | Aug 20 2024 23:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14382015 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2024 23:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 21

| | | | Box 619096, Dallas TX 75261-9096 |
|---|---|---|---|
| 14361592 | ^ MEBN | Aug 20 2024 23:16:34 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378088 | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2024 23:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14362576 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 20 2024 23:26:26 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14463297 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 20 2024 23:26:26 | U.S. Dept of Housing, & Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14361188 | ##+ | Penn Credit Corp, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MARC KRANSON | on behalf of Plaintiff David Allen Alderfer marc81047@yahoo.com |
| MARC KRANSON | on behalf of Debtor David Allen Alderfer marc81047@yahoo.com |
| MARC KRANSON | on behalf of Joint Debtor Jennifer Ann Alderfer marc81047@yahoo.com |
| MARC KRANSON | on behalf of Plaintiff Jennifer Ann Alderfer marc81047@yahoo.com |

District/off: 0313-4

User: admin

Page 3 of 3

Date Rcvd: Aug 20, 2024

Form ID: 138OBJ

Total Noticed: 21

MARIO J. HANYON
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

RICHARD M. BERNSTEIN
on behalf of Defendant U.S. Department of Housing and Urban Development richard.bernstein@usdoj.gov
jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*Form 138OBJ* (6/24)–doc 67 – 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    David Allen Alderfer | ) | Case No. 19–14598–pmm |
| | ) | |
| | ) | |
|    Jennifer Ann Alderfer | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2024

For The Court

Timothy B. McGrath
Clerk of Court