| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-14598-PMM**

DAVID ALLEN ALDERFER  
JENNIFER ANN ALDERFER  
1641 KAYWIN AVENUE  
BETHLEHEM  PA    18018

Petition Filed Date: 07/22/2019  
341 Hearing Date: 08/27/2019  
Confirmation Date: 10/01/2020

Case Status: Completed on 7/26/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $286.22 | | 09/22/2023 | $286.22 | | 10/27/2023 | $286.22 | |
| 11/27/2023 | $286.22 | | 12/22/2023 | $286.22 | | 01/26/2024 | $286.22 | |
| 02/26/2024 | $286.22 | | 03/22/2024 | $286.22 | | 04/26/2024 | $286.22 | |
| 05/24/2024 | $286.22 | | 06/28/2024 | $286.22 | | 07/26/2024 | $286.22 | |

**Total Receipts for the Period: $3,434.64   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,809.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MARC KRANSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Unsecured Creditors | $21,877.03 | $103.86 | $21,773.17 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,024.88 | $4.87 | $1,020.01 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $1,501.00 | $7.13 | $1,493.87 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $701.72 | $3.33 | $698.39 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $396.54 | $1.88 | $394.66 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $288.88 | $1.37 | $287.51 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $90.52 | $0.43 | $90.09 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $1,249.97 | $5.93 | $1,244.04 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $391.05 | $1.86 | $389.19 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $128.75 | $0.61 | $128.14 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,501.99 | $7.13 | $1,494.86 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $2,773.84 | $13.17 | $2,760.67 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $797.13 | $3.78 | $793.35 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $295.00 | $1.40 | $293.60 |

**Chapter 13 Case No. 19-14598-PMM**

| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $631.00 | $3.00 | $628.00 |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $413.62 | $1.96 | $411.66 |
| 17 | NATIONSTAR MORTGAGE LLC »» 017 | Mortgage Arrears | $13,628.40 | $13,628.40 | $0.00 |
| 18 | ALLY FINANCIAL »» 018 | Unsecured Creditors | $9,332.47 | $44.30 | $9,288.17 |
| 19 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | DIAMOND CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | FIRST CREDIT SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | LAW OFFICES OF MITCHELL BLUHM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PENN CREDIT CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,809.36 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $15,334.41 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,474.95 | Total Plan Base: | $16,809.36 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.