United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 19-14598-pmm
David Allen Alderfer                                                                 Chapter 13
Jennifer Ann Alderfer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                          User: admin                                       Page 1 of 2
Date Rcvd: Feb 05, 2025                          Form ID: 195                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

**Recip ID              Recipient Name and Address**
db/jdb               + David Allen Alderfer, Jennifer Ann Alderfer, 1641 Kaywin Avenue, Bethlehem, PA 18018-1736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

**Name                             Email Address**

DENISE ELIZABETH CARLON
                              on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                              on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
                              on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
                              on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM

MARC KRANSON
                              on behalf of Plaintiff Jennifer Ann Alderfer marc81047@yahoo.com

MARC KRANSON

Case 19-14598-pmm    Doc 78    Filed 02/07/25    Entered 02/08/25 00:36:13    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 195 | Total Noticed: 1 |

on behalf of Plaintiff David Allen Alderfer marc81047@yahoo.com

MARC KRANSON
    on behalf of Debtor David Allen Alderfer marc81047@yahoo.com

MARC KRANSON
    on behalf of Joint Debtor Jennifer Ann Alderfer marc81047@yahoo.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

RICHARD M. BERNSTEIN
    on behalf of Defendant U.S. Department of Housing and Urban Development richard.bernstein@usdoj.gov
    jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

David Allen Alderfer and Jennifer Ann Alderfer            : Case No. 19−14598−pmm
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , February 5, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

77
Form 195